IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC., <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>STATE FARM FIRE AND CASUALTY COMPANY, <br><br>　　　　　　Defendant. | 8:15CV175 <br><br>ORDER |

This matter is before the court on the plaintiff's motion for leave to file an amended complaint, Filing No. 28. The defendant opposes the motion. *See* Filing No. 29.

The court finds the motion should be held in abeyance until the Special Master issues his report in this matter.

IT IS ORDERED:

1. The plaintiff's motion for leave to file an amended complaint (Filing No. 28) is taken under advisement until after the court is able to consider the report of the Special Master.

Dated this 11th day of March, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge